UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **JASON THOMAS**, *individually and on behalf of those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.**,<br><br>Defendant. | CASE NO. 1:24-cv-422<br><br>Judge Douglas R. Cole |

## JOINT STATUS REPORT

Plaintiff Jason Thomas ("Plaintiff") and Defendant Mitsubishi Electric Automotive America, Inc. ("Defendant" or "MEAA") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report.

1. On November 5, 2024, the Court entered an Order staying deadlines in this matter to facilitate the Parties' scheduled private mediation and directing the Parties to a submit a joint status report by March 12, 2025 (i.e., within seven (7) days after the end of the stay on March 5, 2025). *See* Dkt. 18 at ¶¶ 1-2.

2. On February 7, 2025, the Parties participated in mediation with the assistance of Michael Russell of Miles Mediation & Arbitration.

3. The Parties can now report that, with the assistance of Mr. Russell, they have reached an agreement in principle to resolve this matter on behalf of a proposed settlement class pursuant to Federal Rule of Civil Procedure 23 and a proposed Fair Labor Standards Act settlement collective pursuant to 29 U.S.C. § 216(b).

1

4. The Parties are working diligently and collaboratively to finalize their Class and Collective Settlement Agreement and Motion for Preliminary Settlement Approval for submission on March 26, 2025 (i.e., within twenty-one (21) days after the end of the stay on March 5, 2025). *See* Dkt. 18 at ¶ 4.

Dated: March 12, 2025

Respectfully submitted,

| | |
|---|---|
| **JASON THOMAS,** *individually and on behalf of those similarly situated,* | **MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.** |
| By: */s/ J. Corey Asay* | By: */s/ Jonathan D. Lotsoff* |
| J. Corey Asay<br>**HKM EMPLOYMENT ATTORNEYS LLP**<br>312 Walnut Street, Suite 1600<br>Cincinnati, OH 45202<br>Telephone: 513.318.4496<br>Facsimile: 513.318.4496<br>casay@hkm.com<br><br>*Counsel for Plaintiff Jason Thomas* | Jonathan D. Lotsoff (admitted *pro hac vice*)<br>Hannah B. Fisher (admitted *pro hac vice*)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Telephone: 312.324.1000<br>Facsimile: 312.324.1001<br>jonathan.lotsoff@morganlewis.com<br>hannah.fisher@morganlewis.com<br><br>Allison L. Goico<br>Jeremy D. Smith<br>**DINSMORE & SHOHL LLP**<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Telephone: 513.977.8200<br>Facsimile: 513.977.8141<br>allison.goico@dinsmore.com<br>jeremy.smith@dinsmore.com<br><br>*Counsel for Defendant Mitsubishi Electric Automotive America, Inc.* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic service to all counsel of record.

*/s/ Jonathan D. Lotsoff*
Jonathan D. Lotsoff (admitted pro hac vice)

*Counsel for Defendant Mitsubishi Electric Automotive America, Inc.*
