# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **JASON THOMAS**, *individually and on behalf of those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.**,<br><br>Defendant. | CASE NO. 1:24-cv-422<br><br>Judge Douglas R. Cole |

## DEFENDANT'S MOTION FOR WITHDRAWAL OF APPEARANCE OF ATTORNEY ERIC L. MACKIE

Defendant Mitsubishi Electric Automotive America, Inc., by and through its undersigned counsel, respectfully requests leave to withdraw the appearance of Attorney Eric L. Mackie ("Mackie") under the provisions of this Court's Local Rule 83.4(b). In support of its motion, Defendant states as follows:

1. Attorney Eric L. Mackie has resigned from Morgan, Lewis & Bockius LLP ("Morgan Lewis") to accept a position with the U.S. Attorney's office.

2. Pursuant to Local Rule 83.4(b), Defendant and all counsel of record received due written notice of Attorney Mackie's resignation from Morgan Lewis and the withdrawal of Mackie prior to the submission of this Motion, and Defendant consents to the withdrawal.

3. Defendant will continue to be represented by very capable counsel from Morgan Lewis and Dinsmore & Shohl LLP.

4. No deadlines scheduled by the Court will be adversely affected by this withdrawal and neither party will be prejudiced by the withdrawal.

WHEREFORE, for good cause shown, Defendant hereby respectfully requests that an Order be entered granting withdrawal of Attorney Mackie.

Dated: March 12, 2025

Respectfully submitted,

**MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.**

By: */s/ Jonathan D. Lotsoff*

Jonathan D. Lotsoff (admitted *pro hac vice*)
Hannah B. Fisher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: 312.324.1000
Facsimile: 312.324.1001
jonathan.lotsoff@morganlewis.com
hannah.fisher@morganlewis.com

Allison L. Goico
Jeremy D. Smith
**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: 513.977.8200
Facsimile: 513.977.8141
allison.goico@dinsmore.com
jeremy.smith@dinsmore.com

*Counsel for Defendant Mitsubishi Electric Automotive America, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic service to all counsel of record.

*/s/ Jonathan D. Lotsoff*
Jonathan D. Lotsoff (admitted pro hac vice)

*Counsel for Defendant Mitsubishi Electric Automotive America, Inc.*
